UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT E. ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN LIFE )<br>INSURANCE CO., et al., )<br>)<br>Defendants. ) | No. 3:05-CV-111<br>Judge Thomas W. Phillips |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss without prejudice filed by Metropolitan Life Insurance Company and Lockheed Martin Energy Systems, Inc. [Doc. 6] is **GRANTED**, and this action is **DISMISSED** without prejudice.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　 s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge